UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*(FORT LAUDERDALE DIVISION)*
CASE NUMBER: **19-60218-Civ-RAR**

ANDREW THOMPSON,

        Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

        Defendant.
_____/

## MEDIATION REPORT

The undersigned Mediator reports to the Court that the above-styled case was mediated on the date noted herein below. Unless specified noted otherwise, all parties were present and mediated in good faith. The following results were achieved:

☐     The Case was settled in its entirety and a verified copy of the parties' agreement is attached as part of this report. The attorneys will prepare the necessary papers to finalize this case.

☐     The Case was partially settled, and a verified copy of the parties' agreement is attached as part of this report. The case was not settled as to: _____
_____
_____

☐     The Case is adjourned to accomplish goals set at mediation. Plaintiff's counsel is hereby appointed to coordinate rescheduling for:_____
_____
_____

☐     The Mediator declares an impasse:
Comments:_____
_____

*Plaintiff did NOT appear.*

/s/ John Gale
Judge John Gale, Retired
Dated: 8/22/19